UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSEPH C. MCDANIEL and LISA T. MCDANIEL,

        Plaintiffs,

   v.

AETNA LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. CIV. S-07-2584 FCD GGH

ORDER

----oo0oo----

    The court has reviewed defendant's notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441(b) based on diversity jurisdiction.  The court finds that neither the underlying complaint nor defendant's submissions demonstrates that the amount in controversy exceeds the sum of $75,000.00.  Therefore, this action is improperly before this court.  Accordingly, the court REMANDS this action back to the Superior Court of the State California, County of El Dorado.

1  IT IS SO ORDERED.
2  DATED: December 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE